March 25, 1983.

458 A.2d 273

Beichner v. Beichner, Appellant.

Submitted January 13, 1983. Joseph T. Strong, for appellant; Ralph L.S. Montana, for appellee.

614

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Order affirmed.